# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| ASCENT CLASSICAL ACADEMIES, | |
| Plaintiff-Appellant | Case No. 25-1132 |
| v. | |
| ASCENT CLASSICAL ACADEMY CHARTER SCHOOLS, INC. and LANDS' END, INC. a/k/a LANDS END DIRECT MERCHANTS, INC. | |
| Defendant-Appellee | |

## VERIFIED BILL OF COSTS ON APPEAL

On Appeal from the United States District Court for the District of Colorado
Civil Action No. 1:24-cv-00653-GPG-STV
The Honorable Gordon P. Gallagher, United States District Court Judge

**Gessler Blue LLC**

Geoffrey N. Blue
Scott E. Gessler
7350 E. Progress Place, Ste. 100
Greenwood Village, CO 80111
(303) 906-1050 Tel.
gblue@gesslerblue.com
sgessler@gesslerblue.com
*Counsel for the Appellant*

i

Ascent Classical Academies ("Ascent"), by and through Gessler Blue, LLC, files this Verified Bill of Costs on Appeal.

| | |
|---|---|
| 4/3/25: Appeal Filing Fee | $605.00 |
| 12/17/25: Printing Fees for hard copies of the Briefs for submission to the Court | $77.35 |
| | |
| **TOTAL** | **$682.32** |
| | |

Respectfully submitted on the 21st day of May 2026,

**GESSLER BLUE LLC**

s/ *Geoffrey N. Blue*

Geoffrey N. Blue
Scott E. Gessler
7350 E. Progress Place, Ste. 100
Greenwood Village, CO 80111
(303) 906-1050 Tel

### VERIFICATION

I, Geoffrey N. Blue, an individual citizen of the State of Colorado, hereby certify and swear that I have read the Bill of Costs contained in the above and foregoing *Verified Bill of Costs on Appeal* and that stated amounts are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct.

Executed on this 21st day of May 2026, at Greenwood Village, Colorado.

_____
Geoffrey N. Blue

## CERTIFICATE OF SERVICE

I certify that on May 20, 2026, the foregoing was electronically served upon the Clerk of the Tenth Circuit Court of Appeals via the electronic case filing system of the court and was served to all attorneys of record:

Eric V. Hall, Esq., evh@sparkswilson.com
Robert J. Bucknam, Esq., rjb@sparkswilson.com
Sparks Wilson, P.C.
24 S. Weber St., Ste. 400
Colorado Springs, CO 80903
*Counsel for the Defendants-Appellees*

_____*/s Joanna Bila*_____
Joanna Bila, Paralegal